Natu J. Patel, CA Bar No.:  188618                    JS 6
THE PATEL LAW FIRM, P.C.
2532 Dupont Drive
Irvine, California  92612
Telephone:  (949) 955-1077
Facsimile:   (949) 955-1877
Email:  npatel@thepatelawfim.com
*Attorneys for Defendants and Counter-claimant, TOBACCO IMPORT U.S.A. and SINBAD GRAND CAFE, L.L.C.*

Christopher Q. Pham, CA Bar No.: 206697
Johnson & Pham, LLP
6355 Topanga Canyon Blvd., Suite 115
Woodland Hills, CA 91367
Telephone: (213) 455-2930
Facsimile:  (213) 455-2940
Email: cpham@johnsonpham.com
*Attorneys for Plaintiff and Counter-defendant, SIERRA NETWORK, INC.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA NETWORK, INC., a California Corporation, <br><br>        Plaintiff, <br><br>   vs. <br><br><br> TOBACCO IMPORT USA., a business entity of unknown status; Sinbad GRAND CAFE, LLC, a Michigan Limited Liability Company; AL FAKHER TRADING COMPANY, L.L.C., a business entity of unknown status; WWW.DUBAITOBACCO.COM, an Internet Business Entity, WWW.ALFAKHER.US, an Internet Business Entity, | Case No.: 2:07-cv-06104 DSF (CTx) <br><br> **Assigned for all purposes to Honorable Judge Dale S. Fischer** <br><br><br> **PERMANENT INJUNCTION** |

| | |
|---|---|
| WWW.ALFAKHIR.COM, an Internet Business Entity, Corporations 1-10, Limited Liability Companies A-Z, and DOES 1-20 Inclusive, | ) ) ) ) ) |
| Defendants. | ) |
| Sinbad GRAND CAFE, LLC, doing business as TOBACCO IMPORT USA, | ) ) ) |
| Counter-claimant, | ) ) |
| vs. | ) ) |
| SIERRA NETWORK, INC., a California Corporation, and ROES 1-10, Inclusive, | ) ) ) |
| Counter-defendants. | ) ) |

Plaintiff and Counter-defendant SIERRA NETWORK, INC. and Defendants and Counter-claimants SINBAD GRAND CAFÉ, LLC and TOBACCO IMPORT U.S.A. hereby agree and stipulate to the Court's entry of a permanent injunction against Defendants and in favor of Plaintiff.

This matter, having come before the Court upon the stipulation of the Parties, the Parties having agreed to the entry of this permanent injunction as a condition for the dismissal with prejudice of this action and the related counter-claims, and the Court being otherwise fully advised in the premises.

**WHEREAS**, Plaintiff, Sierra Network, Inc. ("Sierra") has alleged various causes of action including, but not limited to, trademark infringement, copyright infringement, and dilution as identified in the Complaint filed in this case;

**WHEREAS**, Defendant and Counter-claimant, Sinbad Grand Café, LLC and Tobacco Import USA have alleged various causes of action including, but not

limited to, slander, libel, and unfair competition as identified in the counter-complaint filed in this case;

**WHEREAS**, By entering into this Stipulated Permanent Injunction, Defendants Sinbad Grand Café, LLC and Tobacco Import USA, and the President of Sinbad Grand Café, LLC and Tobacco Import USA, Akram Allos, (collectively, "Sinbad") do not admit to any wrongdoing or liability to the claims asserted in the Complaint;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendants Sinbad Grand Café, LLC and Tobacco Import USA, and their officers, directors, owners, partners, employees, agents, assigns, and representatives, are hereby permanently and forever enjoined from using the AL FAKHER trademark (USPTO Registration Number 2782619), Al Fakher names and/or logos identified in the Complaint filed in this case, including, the phrase of "The Incomparable Special Taste" in English, Arabic, or any other language, or any names, phrases, or logos confusingly similar thereto as provided under the Lanham Act, alone or in combination with tobacco or tobacco related products, excluding charcoal in Sinbad's present possession and control (the "Injunction").  However, Sinbad shall be immediately and permanently enjoined from the purchase, sale, and distribution of any and all additional charcoal, other than the charcoal products Defendants have in their present current inventory, bearing the "Al Fakher" trademark and its derivatives.  Beginning on **March 15, 2010**, Defendants Sinbad Grand Café, LLC and Tobacco Import USA, and their officers, directors, owners, partners, employees, agents, assigns, and representatives, are hereby permanently and forever enjoined from the purchase, sale, and distribution of such charcoal bearing the AL FAKHER trademark and its derivatives.

**IT IS FURTHER ORDERED** that in the event that Sinbad receives or obtains possession of any product bearing AL FAKHER trademark (USPTO

Registration Number 2782619), Al Fakher names and/or logos identified in the Complaint filed in this case, or any names or logos confusingly similar thereto as provided under the Lanham Act, Sinbad shall immediately notify Sierra within 48 hours by Fax and U.S. Mail, and voluntarily relinquish such product expeditiously in accordance with written instructions from Sierra by fax and US Mail within 48 hours of such written instructions.

**IT IS FURTHER ORDERED** that the Injunction shall not be construed so as to prevent Sinbad from buying and selling AL FAKHER tobacco or tobacco related products which are exclusively manufactured by the Al Fakher Tobacco Trading Co. in Ajman, United Arab Emirates.

**IT IS FURTHERED ORDERED** that this Injunction shall become effective on March 18, 2009.

**IT IS FURTHER ORDERED** that this Order shall issue and be enforceable without the posting of security by Sierra Network, Inc., pursuant to *Federal Rules of Civil Procedure* 65(c).

**IT IS SO ORDERED** this __26th__ day of March, 2009.

_____
**HON. DALE S. FISCHER,**
**UNITED STATES DISTRICT JUDGE**

Presented by:

**DATED: March ___, 2009**               **THE PATEL LAW FIRM, P.C.**


By: _____
      NATU J. PATEL Attorney for
      Defendant and Counter-claimant
      TOBACCO IMPORT U.S.A. and
      SINBAD GRAND CAFÉ, L.L.C.


**Dated:  March ___, 2009**               **JOHNSON | PHAM, LLP**


By: _____
      CHRISTOPHER Q. PHAM
      Attorney for Plaintiff and Counter
       defendant SIERRA NETWORK, INC.